

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Michael A. Shipp, U.S.D.J. |
| v. | : | Criminal No. 25-412-01 (MAS) |
| OFER GABBAY | : | 18 U.S.C. § 371 |

# INFORMATION

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

### Introductory Paragraphs

1.  At all times relevant to this Information, the defendant, OFER GABBAY ("GABBAY"), was a resident of New Jersey and a certified public accountant ("CPA") who provided accounting and tax planning services primarily to residents of New Jersey.

2.  Jack Fisher, a co-conspirator charged elsewhere, was a resident of Alpharetta, Georgia. Fisher was a CPA and partner at an Atlanta-area accounting firm when, in or around 2002, he left to run his own business. Shortly thereafter, Fisher began organizing, marketing, promoting, and selling illegal tax shelters in the form of syndicated conservation easements. These illegal tax shelters facilitated high-income taxpayers in claiming unwarranted and inflated charitable contribution tax deductions in connection with the donation of a conservation easement over land (the "SCE Tax Shelters" or "Tax Shelters"). Fisher, along with other conspirators, promoted and sold the SCE Tax Shelters through "Company 1."

3. Kate Joy, a co-conspirator charged elsewhere, worked with Fisher and Company 1 as a Senior Investor/Advisor Relations since at least 2012. Joy assisted Fisher with the organization, marketing, promotion, and sale of the SCE Tax Shelters. Joy served as a primary point of contact for various CPAs and financial advisors (the "Co-promoters") that sold the Tax Shelters to clients.

4. GABBAY agreed with Fisher and Joy to become a Co-promoter of the SCE Tax Shelters after Fisher falsely explained to GABBAY that the shelters were lawful. GABBAY then promoted the shelters to his clients as a legitimate method to reduce the clients' tax burden.

5. As part of his promotion of the shelters, GABBAY: (a) connected interested clients with Fisher and Joy, (b) calculated the purported investment amount that clients needed to contribute to an SCE Tax Shelter fund in order to achieve a certain level of tax savings, and (c) prepared tax returns for the participating clients, on which the associated charitable contribution tax deduction was claimed.

6. Although Fisher asserted to GABBAY that the overall SCE Tax Shelter scheme was lawful, GABBAY also agreed with Fisher and Joy to facilitate the Tax Shelter scheme in ways that he knew to be unlawful.

a. Specifically, in certain instances, GABBAY agreed to promote investments into the SCE Tax Shelters after the close of the respective tax year even though he knew that such investments would not be entitled to receive a corresponding charitable contribution tax deduction—even if the Tax Shelters were otherwise legitimate, which they were not.

b. To conceal this activity from the Internal Revenue Service ("IRS"), GABBAY agreed with Fisher and/or Joy to instruct the participating clients to backdate checks and other documents to make it appear as if the relevant transactions had occurred before the close of the relevant tax year. GABBAY then prepared tax returns for these clients that he knew were false in that they claimed the charitable contribution tax deduction even though the contribution to the corresponding SCE Tax Shelter had not been made in the tax year for which the tax return was filed.

7. For his work as a Co-promoter, GABBAY received commission payments from Fisher and Joy. Between 2015 and 2019, GABBAY received approximately $304,000 in total commission payments.

### Charging Paragraph

### COUNT ONE
### Conspiracy to Defraud the United States
### 18 U.S.C. § 371

8. Count One incorporates by reference the allegations set forth in paragraphs 1 through 7 of this Information.

9. Beginning in or about 2018 and continuing through at least 2019, in the District of New Jersey and elsewhere, the defendant,

**OFER GABBAY**

did unlawfully, voluntarily, intentionally, and knowingly conspire, combine, confederate, and agree with other individuals both known and unknown to the United States Attorney to defraud the United States by impeding, impairing, obstructing, and defeating the lawful government functions of the Internal

Revenue Service of the Department of Treasury in the ascertainment, computation, assessment, and collection of revenue, that is, U.S. individual income taxes.

## Overt Acts

10. To accomplish the objects of the conspiracy, GABBAY and his co-conspirators, and others known and unknown to the United States Attorney, committed and caused to be committed the following overt acts, among others, in the District of New Jersey and elsewhere:

    a. On or about the dates set forth in the table below, GABBAY willfully aided and assisted in the preparation and filing of individual income tax returns on behalf of his clients that were false in that they claimed an illegitimate charitable contribution tax deduction, thereby falsely lowering the reported tax due and owing:

| Overt Act | Tax Year | Approximate Filing Date | Taxpayer/ Client | False Items |
|---|---|---|---|---|
| 1 | 2017 | April 15, 2018 | H.F. | a) Line 44, Tax<br>b) Schedule A, Line 19, Gifts to charity |
| 2 | 2017 | October 3, 2018 | J.W. | a) Line 44, Tax<br>b) Schedule A, Line 19, Gifts to charity |
| 3 | 2018 | September 12, 2019 | R.F. | a) Line 15, Total Tax<br>b) Schedule A, Line 14, Gifts to charity |

| | | | | |
|---|---|---|---|---|
| 4 | 2018 | October 2, 2019 | S.E. | a) Line 15, Total Tax <br><br> b) Schedule A, Line 14, Gifts to charity |
| 5 | 2018 | October 6, 2019 | R.M. | a) Line 15, Total Tax <br><br> b) Schedule A, Line 14, Gifts to charity |

All in violation of Title 18, United States Code, Section 371.

*Alina Habba*
ALINA HABBA
United States Attorney
District of New Jersey

| Case Number: 25-412-01(MAS) |
|---|
| **United States District Court District of New Jersey** |
| UNITED STATES OF AMERICA |
| v. |
| OFER GABBAY |
| **INFORMATION FOR** |
| 18 U.S.C. § 371 |
| ALINA HABBA<br>UNITED STATES ATTORNEY<br>FOR THE DISTRICT OF NEW JERSEY |
| MATTHEW COFER<br>TRIAL ATTORNEY<br>U.S. DEPARTMENT OF JUSTICE, TAX DIVISION<br>202-305-9814 |